UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                                    Case No. 15 B 36641

    Tiffany Nicole Hodges

    Debtor(s)

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/28/2015.

2) The plan was confirmed on 03/29/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Dismissed on 05/30/2017.

6) Number of months from filing to last payment: 19.

7) Number of months case was pending: 25.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $11,150.08 |
| Less amount refunded to debtor | $858.70 |

**NET RECEIPTS:** $10,291.38

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $440.27 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,440.27

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| 77th Street Depot Federal CU | Unsecured | 2,600.00 | NA | NA | 0.00 | 0.00 |
| Advocate Christ Medical Center | Unsecured | 131.00 | NA | NA | 0.00 | 0.00 |
| Alliance One | Unsecured | 617.00 | NA | NA | 0.00 | 0.00 |
| Allied Cash Advance | Unsecured | 430.00 | 482.00 | 482.00 | 0.00 | 0.00 |
| Allied Collection Service | Unsecured | 101.00 | NA | NA | 0.00 | 0.00 |
| Arnold Scott Harris PC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AT&T Mobility II LLC | Unsecured | 4,140.00 | 4,140.42 | 4,140.42 | 0.00 | 0.00 |
| AT&T U-verse | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Bank of America | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Buckeye Check Cashing of IL LLC | Unsecured | 2,390.00 | NA | NA | 0.00 | 0.00 |
| Capital One Bank | Unsecured | 561.00 | 561.11 | 561.11 | 0.00 | 0.00 |
| Certified Services Inc | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 2,000.00 | 2,342.09 | 2,342.09 | 0.00 | 0.00 |
| Commonwealth Edison Company | Unsecured | 0.00 | 2,410.63 | 2,410.63 | 0.00 | 0.00 |
| Comprehensive Pediatric Care | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| Cook County State's Attorney's | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| Credit Collection Services | Unsecured | 619.00 | NA | NA | 0.00 | 0.00 |
| Daniel T. Weber MD | Unsecured | 12.00 | NA | NA | 0.00 | 0.00 |
| Educational Credit Management Corp | Unsecured | 0.00 | 2,077.11 | 2,077.11 | 0.00 | 0.00 |
| Enhanced Recovery | Unsecured | 164.00 | NA | NA | 0.00 | 0.00 |
| First Cash Advance | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Friendly Finance Corporation | Secured | 16,000.00 | 20,743.41 | 16,000.00 | 5,063.35 | 787.76 |
| Friendly Finance Corporation | Unsecured | NA | 4,743.41 | 4,743.41 | 0.00 | 0.00 |
| HBLC Inc. | Unsecured | 1,530.00 | NA | NA | 0.00 | 0.00 |
| IC Systems Inc. | Unsecured | 4,000.00 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | 0.00 | 690.09 | 690.09 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 0.00 | 1,505.12 | 1,505.12 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 0.00 | 1,108.45 | 1,108.45 | 0.00 | 0.00 |
| Illinois Tollway | Unsecured | 11,000.00 | 12,354.50 | 12,354.50 | 0.00 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 40.00 | 808.55 | 808.55 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 2,500.00 | 3,485.68 | 3,485.68 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Internal Revenue Service | Unsecured | 0.00 | 546.88 | 546.88 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 1,017.00 | 1,017.35 | 1,017.35 | 0.00 | 0.00 |
| Law Offices of Joel Cardis | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Millenium Credit Consultants | Unsecured | 287.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 337.00 | 200.00 | 200.00 | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 0.00 | 50.00 | 50.00 | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 750.00 | 675.00 | 675.00 | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 212.00 | 83.13 | 83.13 | 0.00 | 0.00 |
| National Student Loan | Unsecured | 1,700.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Credit Inc | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems, Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NES of Ohio | Unsecured | 271.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 0.00 | 1,776.36 | 1,776.36 | 0.00 | 0.00 |
| Northland Group | Unsecured | 1,017.00 | NA | NA | 0.00 | 0.00 |
| Paytek Solutions | Unsecured | 88.00 | NA | NA | 0.00 | 0.00 |
| PLS | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| Progressive Furniture | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Regional Adjustment Bureau | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Regional Recovery SERV | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| Seas & Associates | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| Sir Finance | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Source Receivables Management | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| Sprint Corp | Unsecured | 0.00 | 1,414.48 | 1,414.48 | 0.00 | 0.00 |
| Stellar Recovery | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Transworld Systems Inc | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Transworld Systems Inc. | Unsecured | 1,700.00 | NA | NA | 0.00 | 0.00 |
| Verizon Wireless | Unsecured | 1,309.00 | NA | NA | 0.00 | 0.00 |
| Village of Arlington Heights | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| Vision Financial Services | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo ED FIN ACS | Unsecured | 1,616.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $16,000.00 | $5,063.35 | $787.76 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$16,000.00** | **$5,063.35** | **$787.76** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $4,594.13 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$4,594.13** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$37,878.23** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $4,440.27 |
| Disbursements to Creditors | $5,851.11 |
| **TOTAL DISBURSEMENTS** : | **$10,291.38** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/13/2017                    By: /s/ Marilyn O. Marshall
                                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**